Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−14727−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Levine
   6 Falcon Lane
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−1082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/19/20 at 09:00 AM

to consider and act upon the following:

*40* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 6 Falcon Lane, Burlington, NJ 08016. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 35 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 02/10/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/11/20

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court