Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−14727−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Levine
   6 Falcon Lane
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−1082

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/19/20 at 09:00 AM

to consider and act upon the following:

**40** − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 6 Falcon Lane, Burlington, NJ 08016. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 35 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 02/10/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/11/20

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 17-14727-CMG
Brian Levine                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 11, 2020
                     Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
db           +Brian Levine,    6 Falcon Lane,    Burlington, NJ 08016-3930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
          Albert    Russo     docs@russotrustee.com
          Andrew Thomas Archer     on behalf of Debtor Brian   Levine aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.     on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Robert P. Saltzman     on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 8