|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew T. Archer, Esq.<br>BRENNER SPILLER & ARCHER<br>175 Richey Ave<br>Collingswood, NJ 08107<br>(856) 963-5000<br>Attorney for Debtor(s)<br>005272008 | Order Filed on March 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Brian Levine,<br>                       Debtor. | Case No.: 17-14727<br><br>Chapter: 13<br><br>Judge: CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,282.00____ per month for ____24____ months to allow for payment of the above fee.

*rev.8/1/15*