| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>856-963-5000<br>856-858-4371<br>Attorney for Debtor(s) | |
| In Re:<br><br>Brian Levine | Order Filed on May 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: _____17-14727_____<br><br>Judge: _____CMG_____<br><br>Chapter: _____13_____ |

### ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

………..

**DATED: May 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Brian Levine |
| Case No: | 17-14727-CMG |
| Caption of Order: | Order Granting Debtor's Motion to Suspend Trustee Payments |

Upon consideration of Debtors' Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtors' monthly plan payments to the Chapter 13 trustee are hereby suspended for the months of June 1, 2020 through August 31, 2020.

2. Chapter 13 plan payments will resume with the September 1, 2020 payment.

3. The Chapter 13 plan arrears will be capitalized into the remainder of the Chapter 13 plan.

4. Debtor shall continue at $41,527.00 PTD; then $1,282.00 for 9 months, commencing September 1, 2020.

5. Plan length is extended to a total of 50 months.