| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>856-963-5000<br>856-858-4371<br>Attorney for Debtor(s) | **Order Filed on May 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Brian Levine | Case No.: 17-14727<br>Judge: CMG<br>Chapter: 13 |

# ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

………..

**DATED: May 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:             Brian Levine
Case No:            17-14727-CMG
Caption of Order:   Order Granting Debtor's Motion to Suspend Trustee Payments

Upon consideration of Debtors' Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtors' monthly plan payments to the Chapter 13 trustee are hereby suspended for the months of June 1, 2020 through August 31, 2020.

2. Chapter 13 plan payments will resume with the September 1, 2020 payment.

3. The Chapter 13 plan arrears will be capitalized into the remainder of the Chapter 13 plan.

4. Debtor shall continue at $41,527.00 PTD; then $1,282.00 for 9 months, commencing September 1, 2020.

5. Plan length is extended to a total of 50 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Levine  
    Debtor

Case No. 17-14727-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　Page 1 of 1　　Date Rcvd: May 20, 2020  
　　　　　　　　　　　Form ID: pdf903　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db　　　　+Brian Levine,　6 Falcon Lane,　Burlington, NJ 08016-3930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:  
      Albert Russo    docs@russotrustee.com  
      Andrew Thomas Archer    on behalf of Debtor Brian  Levine aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
      Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
      William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                              TOTAL: 8