UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## **STANDARD FEES**

☐ Prosecution of motion on behalf of debtor.      $500.00

    Nature of motion: _____

                                                  _____

    Hearing date(s): _____

                                                  _____

☐ Defense of motion on behalf of debtor (Including filing      $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion: _____

                                                  _____

    Hearing date(s): _____

                                                  _____

☐ Additional court appearance(s). (Not to exceed three).      $100.00

    Purpose: _____

                                                  _____

    Hearing date(s): _____

                                                  _____

☐ Filing and appearance on a modified Chapter 13 Plan.      $300.00

☐ Preparation of Wage Order      $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H      $100.00
    or List of Creditors

☐ Preparation and filing of other amended schedules      $100.00

☐ Preparation and filing of Application for Retention of Professional      $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy      $100.00

2

**NON-STANDARD FEES**

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:    _____

   To date, I have received:    _____

3. I seek compensation for services rendered in the amount of $ _____ payable:

   ☐ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:    $ _____ per month for _____ months.

   Proposed Plan:    $ _____ per month for _____ months.

5.      I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: _____                    _____
                                                Signature

*rev. 8/1/18*